UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| GINA FENWICK,<br><br>    Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant(s). | Case No. 2:22-cv-01077-NJK<br><br>**ORDER**<br><br>[Docket No. 15] |

Pending before the Court is an unopposed motion to extend time for the Commissioner to respond to the motion to remand. Docket No. 15. The Commissioner seeks a 60-day extension premised on an unelaborated assertion that counsel needs more time given the existence of competing work obligations. *See id.* at 2 (referencing "several concurrent deadlines"). That counsel has overloaded herself (or has been overloaded by her employer) is not good cause for an extension, *see, e.g.*, *Olesczuk v. Citizens One Home Loans*, 2016 U.S. Dist. Lexis 153342, at *6 n.3 (D. Nev. Nov. 4, 2016) (citing *Greene v. Alhambra Hosp. Med. Ctr.*, 2015 U.S. Dist. Lexis 72697, at *3 (D. Nev. June 3, 2015)), and the Court has already explained on numerous occasions that Government attorneys are not exempted from this basic proposition, *see, e.g.*, *Burright v. Kijakazi*, No. 2:21-cv-01288-NJK, Docket No. 25 (D. Nev. Mar. 22, 2022); *Ramirez v. Saul*, Case No. 2:19-cv-00978-NJK, Docket No. 21 (D. Nev. Oct. 16, 2019); *Gonzalez v. Berryhill*, Case No. 2:18-cv-02199-APG-NJK, Docket No. 16 (D. Nev. Apr. 16, 2019); *Betten v. Berryhill*, Case No. 2:18-cv-00536-KJD-NJK, Docket No. 24 (D. Nev. Dec. 06, 2018). Indeed, requesting an extension premised on a full caseload is particularly puzzling in this context given the already-cushioned briefing schedule for social security matters. *Compare* Docket No. 13 at 3 (providing

30-day response deadline) *with* Local Rule 7-2(b) (providing shorter response deadlines for every other type of motion). In short, good cause has not been shown for the extension requested.

As a one-time courtesy to counsel, the Court will allow a 21-day extension. Accordingly, the motion to extend is **GRANTED** in part and **DENIED** in part. The deadline to respond to the motion to remand is extended to December 2, 2022. <u>The Court is not inclined to extend this deadline further.</u>

IT IS SO ORDERED.

Dated: November 3, 2022

_____
Nancy J. Koppe
United States Magistrate Judge